# DOCUMENT WILL BE PROVIDED AT A LATER DATE