Bingham McCutchen LLP
DAVID M. BALABANIAN (SBN 37368)
CHRISTOPHER B. HOCKETT (SBN 121539)
JOY K. FUYUNO (SBN 193890)
Three Embarcadero Center
San Francisco, CA  94111-4067
Telephone:  (415) 393-2000
Facsimile:  (415) 393-2286

Attorneys for Defendant
Intel Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SHANGHAI 1930 RESTAURANT PARTNERS, L.P., on behalf of itself and all others similarly situated,<br><br>　　　　　　Plaintiffs,<br>　　v.<br><br>INTEL CORPORATION, a Delaware corporation,<br><br>　　　　　　Defendant. | No. C-05-2830-MHP<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE FILING DATE FOR DEFENDANT'S RESPONSE TO PLAINTIFFS' COMPLAINT |

　　　　　IT IS STIPULATED BY AND BETWEEN THE PARTIES, THROUGH THEIR COUNSEL AS FOLLOWS:

　　　　　Pursuant to Civil Local Rule 6-2, Plaintiffs Shanghai 1930 Restaurant Partners, L.P., and Defendant Intel Corporation hereby stipulate that Intel Corporation's response to Plaintiffs' complaint shall be due either 60 days after transfer of the above captioned case pursuant to any motion to coordinate or consolidate pre-trial proceedings per 28 U.S.C. Section 1407 or, in the alternative, 45 days after any such motion has been denied.  The parties request this transfer because the plaintiffs in *Brauch, et al. v. Intel Corp.*, No. C 05-2743 (BZ) (N.D.

1  Cal., filed July 5, 2005), a related matter, have filed a petition to coordinate or consolidate pre-
2  trial proceedings per 28 U.S.C. Section 1407, and the above-styled action has been identified as a
3  related action to that petition.  As a result, the outcome of the pending petition will impact
4  significantly the schedule of this case.
5           This is the first stipulation between the parties.  Because this litigation has just
6  begun, granting such a stipulation will not have any negative impact on the schedule of this case.
7  IT IS HEREBY STIPULATED.
   DATED:  July __, 2005
8
9                                              Bingham McCutchen LLP

                                               By:_____
                                                      JOY K. FUYUNO
                                                    Attorneys for Defendant
                                                      Intel Corporation


                                               Saveri & Saveri, Inc.


                                               By:_____
                                                     R. ALEXANDER SAVERI
                                                    Attorneys for Plaintiffs
                                               Shanghai 1930 Restaurant Partners, L.P.

STIPULATION AND [PROPOSED] ORDER TO CONTINUE RESPONSE DATE

SF/21627620.1

**[PROPOSED] ORDER TO CONTINUE DEFENDANT'S RESPONSE DATE**

IT IS HEREBY ORDERED that Defendant Intel Corporation's response to Plaintiffs' complaint shall be due either 60 days after transfer of the above captioned case pursuant to any motion to coordinate or consolidate pre-trial proceedings per 28 U.S.C. Section 1407, or, in the alternative, 45 days after any such motion has been denied.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____, 2005

_____
Honorable Marilyn Hall Patel
United States District Judge