1   Cal., filed July 5, 2005), a related matter, have filed a petition to coordinate or consolidate pre-

2   trial proceedings per 28 U.S.C. Section 1407, and the above-styled action has been identified as a

3   related action to that petition. As a result, the outcome of the pending petition will impact

4   significantly the schedule of this case.

5         This is the first stipulation between the parties. Because this litigation has just

6   begun, granting such a stipulation will not have any negative impact on the schedule of this case.

7   IT IS HEREBY STIPULATED.
    DATED: July 20, 2005

8

9         Bingham McCutchen LLP

10

11

12        By: _____
              JOY K. FUYUNO
              Attorneys for Defendant
13            Intel Corporation

14

15

16        Saveri & Saveri, Inc.

17

18        By: _____
              R. ALEXANDER SAVERI
19            Attorneys for Plaintiffs
              Shanghai 1930 Restaurant Partners, L.P.

20

21

22

23