1  BINGHAM McCUTCHEN LLP
   DAVID M. BALABANIAN (SBN 37368)
2  CHRISTOPHER B. HOCKETT (SBN 121539)
   JOY K. FUYUNO (SBN 193890)
3  Three Embarcadero Center
   San Francisco, CA  94111-4067
4  Telephone:  (415) 393-2000
   Facsimile:  (415) 393-2286
5
   Attorneys for Defendant
6  Intel Corporation

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10             SAN FRANCISCO DIVISION

11

12 SHANGHAI 1930 RESTAURANT              No. C-05-2830-MHP
   PARTNERS, LP, on behalf of itself and all
13 others similarly situated,            STIPULATION AND [PROPOSED]
                                         ORDER TO STAY DATES, EVENTS
14            Plaintiff,                  AND DEADLINES PENDING THE
                                         OUTCOME OF THE MOTION TO
15       v.                              TRANSFER AND COORDINATE OR
                                         CONSOLIDATE PURSUANT TO
16 INTEL CORPORATION, a Delaware         28 U.S.C. § 1407
   corporation,
17
             Defendant.

18

19        WHEREAS, on July 12, 2005, Plaintiff filed the instant action in the Northern

20 District of California ("Shanghai Action");

21        WHEREAS, on or about July 11, 2005, the plaintiffs in *Brauch, et al. v. Intel*

22 *Corp.*, No. C 05-2743 (BZ) (N. D. Cal., filed July 5, 2005), a related matter, moved before the

23 Judicial Panel on Multi-District Litigation ("MDL"), to transfer and coordinate or consolidate for

24 pre-trial proceedings pursuant to 28 U.S.C. § 407 ("MDL Motion"), and the Shanghai Action has

25 been identified as a related action subject to that motion;

26

1    WHEREAS, on or about July 27, 2005, Judge Patel issued a Related Case Order

2    relating this case to an earlier filed case assigned to her, and canceling or staying certain but not

3    all dates, events and deadlines in the action;

4    WHEREAS, to date, a decision has not been rendered on the MDL Motion;

5    WHEREAS, the outcome of the MDL Motion will impact significantly the

6    schedule of this case;

7    THEREFORE, IT IS HEREBY STIPULATED, pursuant to Civil Local Rule 6-2,

8    by and among counsel for Plaintiff Shanghai 1930 Restaurant, and counsel for Defendant Intel

9    Corporation, that any events, dates or deadlines set by the Local Rules or Federal Rules of Civil

10   Procedure, including the Local Rules for Alternative Dispute Resolution ("ADR Local Rules")

11   and Federal Rules of Civil Procedure 16 and 26, and any deadlines established in any case

12   management order applicable to this case should be stayed pending the outcome of the

13   aforementioned MDL Motion; and

14   IT IS FURTHER STIPULATED by the aforementioned parties that if a case

15   management conference is rescheduled by the Court, the parties shall adjust the dates for any

16   conference, disclosures or reports required by the Local Rules or Federal Rules of Civil

17   Procedure, including the ADR Local Rules and Federal Rules of Civil Procedure 16 and 26

18   accordingly.

19   IT IS HEREBY STIPULATED.

20   Dated: October 28, 2005                     SAVERI & SAVERI

21

22                                              By:_____/s/ R. Alexander Saveri_____
                                                        R. Alexander Saveri
23                                                      Attorneys for Plaintiff
                                                        Shanghai 1930 Restaurant Partners, LP
24

25

26

STIPULATION AND [PROPOSED] ORDER TO STAY DATES, EVENTS AND DEADLINES

1   Dated: October 28, 2005               BINGHAM McCUTCHEN LLP

2

3                                  By:_____ /s/ Joy K. Fuyuno_____
                                         Joy K. Fuyuno

4                                     Attorneys for Defendant
                                     Intel Corporation

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

1   [PROPOSED] ORDER TO STAY DATES, EVENTS AND DEADLINES
2   PENDING THE OUTCOME OF THE MDL MOTION

3        Any events, dates or deadlines set by the Local Rules or Federal Rules of Civil

4   Procedure, including the Local Rules for Alternative Dispute Resolution ("ADR Local Rules")

5   and Federal Rules of Civil Procedure 16 and 26, and any deadlines established in any case

6   management order applicable to this case are hereby stayed pending the outcome of the motion

7   to transfer and coordinate or consolidate pursuant to 28 U.S.C. § 1407 ("MDL Motion").

8        Upon the determination of the MDL Motion, if it is necessary for the Court to

9   reschedule a case management conference, the parties shall adjust the dates for any conference,

10  disclosures or reports required by the ADR Local Rules and Federal Rules of Civil Procedure 16

11  and 26 accordingly.

12       The parties shall notify the Clerk of Court within 10 days of the decision on the

13  MDL Motion.

14  **IT IS SO ORDERED.**

15  Dated:_____

16                                        Honorable Marilyn H. Patel
                                      United States District Court Judge

Case No. C 05-2830 (MHP)

STIPULATION AND [PROPOSED] ORDER TO STAY DATES, EVENTS AND DEADLINES